FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:21-CR-480-SB
)
　　　　　　Plaintiff, ) ORDER OF PRETRIAL DETENTION
) AFTER HEARING
　　　　　v. ) (18 U.S.C. § 3142(i))
)
Ramon Ramos, )
)
　　　　　Defendant. )
_____)

I.

A.　( ) Upon motion of the Government in a case that involves:

　　1.　( ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

　　2.　( ) an offense for which the maximum sentence is life imprisonment or death; or

　　3.　( ) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

```
 1                       4.   ( ) any felony if defendant has been convicted of
 2                                two or more offenses described in
 3                                subparagraphs 1-3 above, or two or more state
 4                                or local offenses that would have been
 5                                offenses described in subparagraphs 1-3 above
 6                                if a circumstance giving rise to federal
 7                                jurisdiction had existed, or a combination of
 8                                such offenses.
 9                       5.   ( ) any felony that is not otherwise a crime of
10                                violence that involves a minor victim, or
11                                possession or use of a firearm or destructive
12                                device or any other dangerous weapon, or a
13                                failure to register under 18 U.S.C. § 2250.
14          B.   Upon motion (✓) of by the Government ( ) of the Court sua
15               sponte, in a case that involves:
16                       1.   (✓) a serious risk that defendant will flee;
17                       2.   ( ) a serious risk that defendant will
18                            a.   ( ) obstruct or attempt to obstruct justice;
19                                 or
20                            b.   ( ) threaten, injure, or intimidate a
21                                     prospective witness or juror or attempt
22                                     to do so.
23          C.   The Government ( ) is (✓) is not entitled to a rebuttable
24     presumption that no condition or combination of conditions will
25     reasonably assure defendant's appearance as required and the safety of
26     any person or the community.
27
28
```

|     |     |         |                                                                             |
| --- | --- | ------- | --------------------------------------------------------------------------- |
| 1   |     |         | II.                                                                         |
| 2   | A.  | ( ✓ )   | The Court finds by a preponderance of the evidence                          |
| 3   |     |         | that no condition or combination of conditions                              |
| 4   |     |         | will reasonably assure the appearance of defendant                          |
| 5   |     |         | as required;                                                                |
| 6   | B.  | ( ✓ )   | The Court finds by clear and convincing evidence                            |
| 7   |     |         | that no condition or combination of conditions                              |
| 8   |     |         | will reasonably assure the safety of any other                              |
| 9   |     |         | person and the community.                                                   |

III.

The Court has considered:
- A. ( ✓ ) the nature and circumstances of the offense(s) charged;
- B. ( ✓ ) the weight of the evidence against defendant;
- C. ( ✓ ) the history and characteristics of defendant;
- D. ( ✓ ) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
- E. ( ✓ ) the Pretrial Services Report/Recommendation;
- F. ( ✓ ) the evidence proffered/presented at the hearing;
- G. ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

```
                                    IV.
     The Court concludes:
     A.   (✓) Defendant poses a risk to the safety of other persons
              and the community based on: _criminal history_
              _including ADW/GBI, battery + robbery convictions._

     B.   (✓) Defendant poses a serious flight risk based on: _____
              _criminal history which includes evasion/failure to_
              _appear arrests; prior probation violation + instant offense_
              _allegations suggest violation of parole term indicating_
              _defendant would be unlikely to abide by court-set_
              _conditions of release; lack of bail resources; unverified_
              _background reports_
     C.   ( ) A serious risk exists that defendant will:
              1.   ( ) obstruct or attempt to obstruct justice;
              2.   ( ) threaten, injure or intimidate a prospective
                       witness or juror or attempt to do so;
         based on: _____
         _____
         _____
         _____

     D.   ( ) Defendant has not rebutted by sufficient evidence to
              the contrary the presumption provided in 18 U.S.C.
              § 3142(e) that no condition or combination of
              conditions will reasonably assure the safety of any
              other person and the community;
         and/or
```

( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement to a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 10/14/2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge